IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARCELOUS KNOX, SR.,

    Plaintiff,                                 No. 2:09-cv-3550 FCD JFM PS

    vs.

THE SACRAMENTO BEE,

    Defendant.                              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff provided a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. However, he failed to provide the second page of the application which must contain his signature as well as the certificate portion of the request which must be completed by plaintiff's institution of incarceration. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a completed in forma pauperis application.

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission and submit the following document to the court: a complete Application to Proceed In Forma Pauperis By a Prisoner, signed by plaintiff, and containing the certificate portion of the request completed by his institution of incarceration.

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff's failure to comply with this order may result in the dismissal of this action without prejudice.

DATED: January 6, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/001; knox.ifp

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY MARCELOUS KNOX, SR.,

    Plaintiff,   No. 2:09-cv-3550 FCD JFM PS

    vs.

THE SACRAMENTO BEE,   <u>NOTICE OF SUBMISSION</u>

    Defendant.
_____/

Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    _____   Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                          _____
                                          Plaintiff